# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 17, 2012

No. 11-30638

Lyle W. Cayce
Clerk

EDITH VILLARRUBIA, wife of/and; JOHN G. VILLARRUBIA,

Plaintiffs - Appellants

v.

ENCOMPASS INDEMNITY COMPANY,

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-734

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Edith and John Villarrubia appeal the district court's grant of summary judgment to Encompass Indemnity Company on the Villarrubias' insurance claim. After thoroughly reviewing the record and considering the arguments presented both in the briefs and at oral argument, our de novo review convinces us that the district court correctly decided the summary judgment motion in all particulars. Accordingly, we affirm the judgment of the district court essentially

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-30638

for the reasons stated in its Order and Reasons for Summary Judgment issued May 18, 2011.

AFFIRMED.